## SUPREME COURT.

### Fish agt. Forrance.

Plaintiff claimed $300 on account, and recovered less than $100. Extra allowance denied.

*Essex Special Term, March,* 1851.

R. S. HALE moved for extra allowance. He said it appeared by the papers that there had been a trial on a claim for a balance of accounts between the parties. He cited Dyckman vs. McDonald (5 *How. Pr. R.* 121); Niver vs. Rossman (*Id.* 153).

S. AMES, read affidavits showing that the plaintiff claimed about $300 balance due him on an account set forth in his complaint, and recovered less than $100. He insisted it would be gross injustice to allow extra costs for endeavoring to recover three times as much as was due to him. The legislature never intended that the defendant should be punished for resisting unfounded claims or compensate the plaintiff for litigating them.

HAND, Justice.—Denied the motion.